IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUSSELL BERGER**                                                               **PLAINTIFF**
**ADC #115855**

v.                     **Case No. 5:16-cv-00263-KGB/BD**

**RANDY WATSON,** *et al*.                                               **DEFENDANTS**

## ORDER

The Court has received and reviewed the Partial Recommended Disposition ("Recommendation") filed by United States Magistrate Judge Beth Deere (Dkt. No. 18). Plaintiff Russell Berger filed objections to the Recommendation (Dkt. No. 19). After a careful consideration of the Recommendation and Mr. Berger's timely objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 18). Mr. Berger's motion for a preliminary injunction and his motion for a temporary restraining order are denied (Dkt. Nos. 3; 8).

So ordered this 2nd day of December, 2016.

                                                                        Kristine G. Baker
                                                                        United States District Judge