IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| RUSSELL BERGER<br>ADC #115855 | PLAINTIFF |
| v. | Case No. 5:16-cv-00263-KGB/BD |
| RANDY WATSON, *et al*. | DEFENDANTS |

## ORDER

The Court has received and reviewed the Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 36). Plaintiff Russell Berger filed objections to the Partial Recommended Disposition (Dkt. No. 37). After a careful consideration of the Partial Recommended Disposition and Mr. Berger's timely objections, and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 36). Mr. Berger's motion to amend and motion to supplement are denied (Dkt. Nos. 29; 30).

So ordered this 8th day of August, 2017.

Kristine G. Baker
United States District Judge