IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUSSELL BERGER                                                                                           PLAINTIFF
ADC #115855

v.                              Case No. 5:16-cv-00263-KGB/BD

RANDY WATSON, *et al*.                                                                          DEFENDANTS

## ORDER

The Court has received and reviewed the Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 112). Defendants Randy Watson, Dale Reed, John Jenkins, and Mark Stephens filed objections to the Partial Recommended Disposition (Dkt. No. 113). After a review of the Partial Recommended Disposition and defendants' objections, as well as a *de novo* review of the record, the Court adopts the Partial Recommended Disposition in its entirety (Dkt. No. 112). Defendants' motion for summary judgment on the issue of exhaustion is denied (Dkt. No. 80).

So ordered this 30th day of August, 2018.

_____
Kristine G. Baker
United States District Judge